JULIUS SCHWAB, Respondent, v. NATIONAL EXHIBITION Co., INC., Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH LEWIS, a Taxpayer of the City of New York, Appellant, v. FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [172 Misc. 82.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND MARTINEZ, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

TAFURI & KEMLER CONTRACTING CORPORATION, Plaintiff, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Others, Defendants. JACOB FRIEDMAN and Others, Appellants; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, IRVING FELDMAN, INC., and NATION TILE, INC., Respondents.—Orders unanimously reversed, with twenty dollars costs and disbursements, and the motion for leave to intervene granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

### (October 14, 1939.)

In the Matter of the Application of MICHAEL J. SULLIVAN, Petitioner, Appellant, against ROBERT LAW, JR., and Others, Respondents, for an Order to Review the Action of the Inspectors of the Primary Election of the 37th Election District of the 1st Assembly District West, New York County, in the Conduct of the Election and the Canvassing of the Vote Cast at the Primary Election Held on September 19th, 1939, for County Committee, of the Various Election Districts West, New York County, and for Other and Further Relief.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

### (October 16, 1939.)

In the Matter of the Application of SANFORD WATERS against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

### (October 20, 1939.)

MOHAMMED AL RASCHID, Appellant, v. NEWS SYNDICATE Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

GAINES SECURITIES CORPORATION, Respondent, v. LEROY A. STRASBURGER and DORA STRASBURGER, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.